# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARKUS ELLISON**                                                                                          **PLAINTIFF**

V.                              **CASE NO.: 3:13CV00065 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Plaintiff Markus Ellison's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 9th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE